1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  2:23-cv-01989-DAD-CKD

12                  Plaintiff,

13          v.                                      ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS AND GRANTING
14   APPROXIMATELY $140,774.48 SEIZED             MOTION FOR DEFAULT JUDGMENT
     FROM WELLS FARGO BANK
15   ACCOUNT NUMBER 5934091793, AND               (Doc. Nos. 16, 17)

16   APPROXIMATELY $11,700.31 SEIZED
     FROM WELLS FARGO BANK
17   ACCOUNT NUMBER 6563035143,

18                  Defendants.

19

20          Plaintiff United States filed this civil action *in rem* for forfeiture of approximately

21   $140,774.48 seized from Wells Fargo Bank account number 5934091793 and approximately

22   $11,700.31 seized from Wells Fargo Bank account number 6563035143 (the "defendant funds").

23   On September 24, 2024, plaintiff filed a motion for default judgment and final judgment of

24   forfeiture of all right, title, and interest in the defendant funds.  (Doc. No. 16.)  This matter was

25   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

26          On March 25, 2025, the assigned magistrate judge issued findings and recommendations

27   recommending that plaintiff's motion for default judgment be granted and that final judgment of

28   forfeiture be entered.  (Doc. No. 17.)  The findings and recommendations provided that any

                                                   1

objections thereto were to be filed within fourteen (14) days.  (*Id.* at 2.)  To date, no objections have been filed and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.    The findings and recommendations issued on March 25, 2025 (Doc. No. 17) are ADOPTED in full;

2.    Plaintiff's motion for default judgment and entry of final judgment of forfeiture (Doc. No. 16) is GRANTED;

3.    Boeger Winery, Alexis Boeger, Convenience Acquisition Company, LLC, the U.S. Small Business Administration, the Wells Fargo Bank Account Holder, and Stanley Usherman are held in default;

4.    Default judgment is ENTERED against any right, title, or interest in the defendant funds held by potential claimants, including Boeger Winery, Alexis Boeger, Convenience Acquisition Company, LLC, the U.S. Small Business Administration, the Wells Fargo Bank Account Holder, and Stanley Usherman;

5.    Final judgment is ENTERED, forfeiting all right, title, and interest in the defendant funds to the United States, to be disposed of according to law; and

6.    The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **June 9, 2025**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2